# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                                            **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                                             **GREENBELT, MARYLAND 20770**
                                                                                                       **301-344-0052**

## M E M O R A N D U M

TO:         Counsel of Record

FROM:     Judge Roger W. Titus

RE:         *USA v. Jose Daniel Iriarte*
                Criminal No. RWT-08-0294

DATE:     June 17, 2016

\* \* \* \* \* \* \* \* \*

On June 13, 2016, the parties requested that the final hearing on violation of supervised release scheduled for July 7, 2016, be rescheduled to a time after September 13, 2016, when Defendant's trial in Maryland state court is set to commence. ECF No. 59. Accordingly, the hearing is hereby **RESCHEDULED to October 11, 2016 at 9:00 a.m.**

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                                /s/
                                                  Roger W. Titus
                                                  United States District Judge